**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  William Bronson, | : | Bankruptcy No.: 17-22660-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| William Bronson, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| v. | : | |
| | : | |
| Kondaur Capital Corporation, | : | **Hearing Date and Time:** |
| | : | July 25, 2018 at 11:00 a.m. |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Order dated July 19, 2018 at Document No. 76 on the following parties at the addresses listed below on July 19, 2018, via electronic mail and/or first-class mail postage prepaid:

Kondaur Capital Corporation
Suite 400
333 South Anita Drive
Orange, CA 92868-3314

Alexander Meissner, Esquire
Prober & Raphael, a Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  July 19, 2018    By:    /s/Jill A. Gorzé
    Jill A. Gorzé, Paralegal
    Thompson Law Group, P.C.
    125 Warrendale Bayne Road, Suite 200
    Warrendale, Pennsylvania 15086
    (724) 799-8404 Telephone
    (724) 799-8409 Facsimile
    jgorze@thompsonattorney.com