**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-22660-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

William Bronson
156 Hawksworth Road
Greensburg PA 15601

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/18/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Wilmington Savings Fund Society, FSB, et al, c/o Kondaur Capital Corporation, 333 South Anita Drive, Suite 400, Orange, CA 92868-3314 | Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/20/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Bronson  
       Debtor

Case No. 17-22660-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Jul 18, 2018  
                              Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.  
14742411      Wilmington Savings Fund Society, FSB, et al,    c/o Kondaur Capital Corporation,     333 South Anita Drive, Suite 400,     Orange, CA 92868-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:  
          Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov  
          Brian C. Thompson    on behalf of Debtor William  Bronson bthompson@ThompsonAttorney.com,  bleomon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkgroup@kmllawgroup.com  
          James  Warmbrodt    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES as servicer for  Wilmington Trust, National Association, not in its individual capacity but solely as trustee for  VM Trust Series 2 bkgroup@kmllawgroup.com  
          Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
          Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB  lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                  TOTAL: 9