FILED
7/19/18 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| WILLIAM BRONSON, *Debtor.* | Case No. 17-22660-TPA |
| | Chapter 13 |
| WILLIAM BRONSON *Movant,* | Related to Doc. No. 72 |
| v. | |
| KONDAUR CAPITAL CORPORATION and CARRINGTON MORTGAGE SERVICES, LLC, *Respondent.* | Hearing: July 25, 2018 at 11:00 AM. |

### ORDER

On July 16, 2018 the Debtor filed his third ***Motion to Extend the Loss Mitigation Period*** (Doc. 72) ("Motion"). In his *Motion* the Debtor seeks an extension of time to submit all required documentation to the new servicer, Carrington Mortgage Services, LLC. The Debtor states he will file a motion to substitute the loan servicer once Carrington Mortgage Services, LLC provides an address where payments are to be sent.

The Court notes that the Debtor had notification on the Portal that the loan had been transferred to Carrington Mortgage Services, LLC on June 4, 2018, and the Debtor's second *Motion to Extend the Loss Mitigation Period* was filed on June 5, 2018. The Court sees that Carrington Mortgage Services, LLC has provided detailed contact information for its designated single point of contact, which includes an address for Carrington Mortgage Services, LLC. Furthermore, the complete package is to be submitted over the Portal and the Chapter 13 Trustee is likely highly knowledgeable of where payments to Carrington Mortgage Services, LLC are to be sent. The Court also notes that after this motion was filed, Wilmington Savings Fund, FSB has filed a transfer of claim to Carrington Mortgage Services which specifically gives the address where payments are to be sent. Therefore,

1

*AND NOW,* this *19th* day of *July, 2018*, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1) A hearing on the ***Motion to Extend the Loss Mitigation Period*** (Doc. 72) is scheduled for ***July 25, 2018 at 11:00 A.M.*** in Courtroom "C," 600 Grant Street, U.S. Steel Tower, 54th Floor, Pittsburgh, Pennsylvania 15219.

(2) The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application. Debtor(s) shall upload a copy of this Order on the Portal.

(3) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Brian Thompson, Esq.
    Ronda Winnecour, Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Bronson  
       Debtor

Case No. 17-22660-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jul 19, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.  
db           +William Bronson,    156 Hawksworth Road,    Greensburg, PA 15601-1530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:  
       Albert James Millar     on behalf of Creditor     PA Dept of Revenue jmillar@pa.gov  
       Brian C. Thompson     on behalf of Debtor William   Bronson bthompson@ThompsonAttorney.com,     blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
       James   Warmbrodt     on behalf of Creditor     Wilmington Savings Fund Society, FSB     bkgroup@kmllawgroup.com  
       James   Warmbrodt     on behalf of Creditor     CARRINGTON MORTGAGE SERVICES as servicer for     Wilmington Trust, National Association, not in its individual capacity but solely as trustee for     VM Trust Series 2 bkgroup@kmllawgroup.com  
       Jill   Locnikar     on behalf of Creditor     United States of America Department of the Treasury,     Internal Revenue Service jill.locnikar@usdoj.gov,     patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
       Laurence A. Mester     on behalf of Creditor     Wilmington Savings Fund Society, FSB     lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
       S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com,     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                              TOTAL: 9