Case 17-22660-TPA    Doc 81    Filed 07/26/18    Entered 07/26/18 10:47:22    Desc Main
Document    Page 1 of 1

FILED
7/26/18 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22660-TPA |
| William Bronson | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 7/25/2018 |
| | : | Time: 11:00 |

### PROCEEDING MEMO

**MATTER:**    # 72 Motion to Extend the Loss Mitigation Period

**APPEARANCES:**
　　　　Debtor:    Brent Lemon
　　　　Trustee:   Jana Pail

**NOTES:**

Lemon:    Carrington has expressed willingness to look at this situation.

**OUTCOME:**    LMP extended for 60 days. OE. Status Conference to be scheduled in 45 days, counsel for lender to appear. Chambers.

*/s/ signature*
vas