# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   William Bronson, | : | Bankruptcy Case No.: 17-22660-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| William Bronson, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: |
| Kondauer Capital Corporation, | : | |
| | : | |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Order Substituting LMP Servicer on the Chapter 13 Trustee on July 27, 2018, at e-mail address LMP@chapter13trusteewdpa.com

Executed on:  July 27, 2018               By:     /s/Jill A. Gorzé
                                                                   Jill A. Gorzé, Paralegal
                                                                   Thompson Law Group, P.C.
                                                                   125 Warrendale Bayne Road, Suite 200
                                                                   Warrendale, PA  15086
                                                                   (724) 799-8404 Telephone
                                                                   (724) 799-8409 Facsimile
                                                                   ,jgorze@thompsonattorney.com