FILED
7/26/18 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| WILLIAM BRONSON<br>*Debtor* | Case No. 17-22660-TPA<br>Chapter 13 |
| WILLIAM BRONSON<br>*Movant* | Related to Doc Nos. 34, 40, 72 |
| v. | |
| KONDAUR CAPITAL<br>CORPORATION and CARRINGTON<br>MORTGAGE SERVICES, LLC<br>*Respondent(s)* | Hearing: September 19, 2018 at 10:00 A.M. |

## ORDER

On July 25, 2018, a hearing was held on the ***Motion to Extend the Loss Mitigation Period*** at Document No. 72 ("Motion"), at which time Counsel for Carrington Mortgage Services, LLC failed to appear. The Order scheduling the hearing dated July 19, 2018 required that "Counsel appearing for the Respondent/Creditor, or in addition to Counsel, anyone else appearing on Respondent behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application." The Court is disappointed at the failure of Counsel to appear in disregard of the July 19, 2018 Order. Therefore,

***AND NOW***, this ***26th*** day of ***July, 2018,*** it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

1

(1) A *Status Conference* to determine the status of the LMP application is scheduled on *September 19, 2018* at *10:00 A.M.* in Courtroom C, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219. Counsel for Carrington Mortgage Services, LLC, *Attorney James Warmbrodt*, shall *personally appear* to answer any questions the Court has regarding the status of the Debtor's LMP application.

(2) The loss mitigation period is *extended up to and including September 24, 2018*.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
  Debtor(s)
  Counsel for Debtor(s)
  James Warmbrodt, Esq.
  Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Bronson  
     Debtor

Case No. 17-22660-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Jul 26, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.  
db          +William Bronson,    156 Hawksworth Road,    Greensburg, PA 15601-1530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:

      Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov  
      Brian C. Thompson    on behalf of Debtor William   Bronson bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
      James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkgroup@kmllawgroup.com  
      James  Warmbrodt    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES as servicer for Wilmington Trust, National Association, not in its individual capacity but solely as trustee for VM Trust Series 2 bkgroup@kmllawgroup.com  
      Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
      Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB lmester@mesterschwartz.com,   jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                               TOTAL: 9