FILED
7/27/18 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  William Bronson,<br>Debtor. | ) <br>) <br>) | Bankruptcy No. 17-22660-TPA |
| William Bronson, | ) <br>) | Chapter 13 |
| | ) | Related to Document No.      78 |
| Movant, | ) <br>) | |
| v. | ) <br>) | |
| Kondaur Capital Corporation, | ) <br>) <br>) | |
| Respondent. | ) | |

### ORDER SUBSTITUTING LMP SERVICER

On October 19, 2017 the above-named Debtor(s) filed a *Motion for Loss Mitigation* upon

which the Court entered a *Loss Mitigation Order* dated November 29, 2017 at Document No. 45,

naming Kondaur Capital Corporation ("Former Servicer") as the Party responsible for representing the

creditor in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above-referenced Order, the Debtor(s) was notified that the

Former Servicer changed and that the current Servicer/Lender is Carrington Mortgage Services, LLC

with an address of P.O. Box 3730, Anaheim, CA 92806 ("Current Servicer").  The Debtor complied

with all its obligations to properly designate the Current Servicer on the LMP Portal and now it is

incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current

*Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current

Servicer.

PAWB Local Form 46 (04/14)                                                                                        Page 1 of 2

*AND NOW,* this 25th of July , *2018,* for the foregoing reasons it is hereby

***ORDERED, ADJUDGED and DECREED*** that:

       (1)    Kondaur Capital Corporation is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is ***VACATED*** as to it.

       (2)    Carrington Mortgage Services, LLC is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

       (3)    Within three (3) days of entry of this *Order*, the party filing this proposed order shall upload this signed *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

       (4)    The Chapter 13 Trustee is authorized and directed to make payments to P.O. Box 3730, Anaheim, CA 92806, beginning with the next distribution date that is not less than ten (10) days from service of this *Order* upon the Chapter 13 Trustee.

_____
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda J. Winnecour, Esq. Ch 13 Trustee
    [Counsel for Creditor]

**PAWB Local Form 46 (04/14)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-22660-TPA
William Bronson                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1           Date Rcvd: Jul 27, 2018
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db            +William Bronson,   156 Hawksworth Road,   Greensburg, PA 15601-1530


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
          Albert James Millar    on behalf of Creditor   PA Dept of Revenue jmillar@pa.gov
          Brian C. Thompson    on behalf of Debtor William  Bronson bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
           ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   CARRINGTON MORTGAGE SERVICES as servicer for
           Wilmington Trust, National Association, not in its individual capacity but solely as trustee for
           VM Trust Series 2 bkgroup@kmllawgroup.com
          Jill  Locnikar    on behalf of Creditor   United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
          Laurence A. Mester    on behalf of Creditor   Wilmington Savings Fund Society, FSB
           lmester@mesterschwartz.com,  jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                          TOTAL: 9