FILED
9/20/18 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22660-TPA |
| William Bronson | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 9/19/2018 |
| | : | Time: 10:00 |

## PROCEEDING MEMO

***MATTER:*** #72 Cont. Motion to Extend the Loss Mitigation Period

***APPEARANCES:***

    Debtor:        Brent Lemon
    Trustee:       Jana Pail
    Carrington Mtg:  James Warmbrodt

***NOTES:***

Lemon:    Carrington declines to proceed with this. Reasons for denial are obvious.

***OUTCOME:***  #72 is denied. Final Report to be filed in 7 days. LMP is terminated. MOE

*[signature]*
ljm