FILED
9/20/18 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: William Bronson, Debtor. | Bankruptcy No. 17-22660-TPA |
| William Bronson, Movant, | Chapter 13 |
| v. | Related to Document No. 72 |
| Kondaur Capital Corporation, Respondent. | |

## ORDER

A *Loss Mitigation Order* dated November 3, 2017, was entered in the above matter at Document No. 40. On July 16, 2018, a *Motion to Extend the Loss Mitigation Period* was filed by William Bronson at Document No 72.

AND NOW, this 19th day of September, 2018, it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is ~~extended up to and including ____, 20__~~ TERMINATED. A Final Report shall be filed on or before Sept. 26, 2018

_____
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)    Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22660-TPA
William Bronson                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: amaz              Page 1 of 1              Date Rcvd: Sep 20, 2018
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.
db             +William Bronson,    156 Hawksworth Road,    Greensburg, PA 15601-1530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:
              Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov
              Brian C. Thompson    on behalf of Debtor William  Bronson bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES as servicer for
               Wilmington Trust, National Association, not in its individual capacity but solely as trustee for
               VM Trust Series 2 bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9