# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** WILLIAM BRONSON
**Case Number:** 17-22660-TPA        **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 11, 2018 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 PGH TRUSTEE

## Matter:

#19 - Continued Confirmation of Plan Dated 8/10/17 NFC
R / M #:  19 / 0

## Appearances:

Debtor: Lemon
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor: Ebeck : Carrington

## Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 11/12/18.
   Objections are due on or before 12-3-18.
   A hearing on the Amended Plan is set for 1-10-19 at 1:30.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____

Imp failed. need amended plan

**FILED**
OCT 16 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

10/3/2018    3:01:12PM