Form 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William Bronson**
  Debtor(s)

Bankruptcy Case No.: 17–22660–TPA
Chapter: 13
Related to Document No.: 19
Concil. Conf.: January 10, 2019 at 01:30 PM

# ORDER

On October 11, 2018, a Conciliation Conference was conducted on thePlan dated 8/10/17, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 16th of October, 2018**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1) ***On or before November 12, 2018,*** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) ***On or before December 3, 2018,*** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) ***On January 10, 2019 at 01:30 PM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

cm: Debtor
    Counsel

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Bronson  
    Debtor

Case No. 17-22660-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lmar     Page 1 of 1     Date Rcvd: Oct 16, 2018  
                    Form ID: 005     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db         +William Bronson,    156 Hawksworth Road,    Greensburg, PA 15601-1530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:  
       Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov  
       Brian C. Thompson    on behalf of Debtor William Bronson bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES as servicer for Wilmington Trust, National Association, not in its individual capacity but solely as trustee for VM Trust Series 2 bkgroup@kmllawgroup.com  
       Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
       Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
       TOTAL: 9