IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| WILLIAM BRONSON | : CASE NO. 17-22660 |
| | : |
| DEBTORS | : PLAN OBJECTION |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : January 10, 2019@3:00PM |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| WILLIAM BRONSON | : |
| RESPONDENT | : RELATED TO DOCKET NO. 28 |

WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The Commonwealth of Pennsylvania, Department of Revenue withdraws its Objection to Debtor's Chapter 13 Plan as the matters objected to have been resolved.

                Respectfully submitted:

                /s/ Albert James Millar

DATED: November 14, 2018      By: _____
                Albert James Millar
                Counsel
                PA Department of Revenue
                Office of Chief Counsel
                Dept. 281061
                Harrisburg, PA 17128-1061
                Attorney I.D.  62053
                (717) 346-4649
                Facsimile (717) 772-1459
                jmillar@pa.gov