IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| WILLIAM BRONSON | : CASE NO. 17-22660-TPA |
| | : |
| DEBTORS | : PLAN OBJECTION |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME |
| | : January 10, 2019@3:00PM |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| WILLIAM BRONSON | : |
| RESPONDENT | : RELATED TO DOCKET NO. 99 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

    I, Albert James Millar, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Pennsylvania Department of Revenue's Certificate of Default, on the parties at the below addresses, on November 14, 2018 by:

**17-22660-TPA Notice will be electronically mailed to:**

Albert James Millar at jmillar@pa.gov

Jill Locnikar at jill.locnikar@usdoj.gov, patricia.fitzgerald@usdog.gov, caseview.ecf@usdoj.gov

Laurence A. Mester at lmester@mesterschwartz.com, jottinger@mesterschwartz.com, jschwartz@mesterschwartz.com

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Brian C. Thompson at bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com, L.Michaels@thompsonattorney.com, jwrzosek@thompsonattorney.com, mgillespie@thompsonattorney.com, bthompson@ecf.courtdrive.com

S. James Wallace at sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com, srk@sjwpgh.com

James Warmbrodt at  bkgroup@kmllawgroup.com

Ronda J. Winnecour at  cmecf@chapter13trusteewdpa.com

**17-22660-TPA Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541

Wilmington Savings Fund Society, FSB, et al
c/o Prober & Raphael, ALC
20750 Ventura Blvd., Suite 100
Woodland Hills, CA  91364


EXECUTED ON:  November 15, 2018

                                      Respectfully submitted by,


                      By:     /s/ Albert James Millar

                          _____

                          Albert James Millar
                          Counsel
                          PA Department of Revenue
                          Office of Chief Counsel
                          P. O. Box 281061
                          Harrisburg, PA  17128-1061
                         PA  i.d.  #62053
                          Phone: 717-346-4649
                          Facsimile:  717-772-1459
                          jmillar@pa.gov