```
                                                              FILED
                                                              11/16/18 3:30 pm
                                                              CLERK
                                                              U.S. BANKRUPTCY
          IN THE UNITED STATES BANKRUPTCY COURT               COURT - WDPA
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: | : | CHAPTER NO. 13 |
| | : | |
| WILLIAM BRONSON | : | CASE NO. 17-22660 |
| | : | |
| DEBTORS | : | PLAN OBJECTION |
| | : | |
| PENNSYLVANIA DEPARTMENT | : | HEARING DATE AND TIME |
| OF REVENUE, | : | January 10, 2019@3:00PM |
| | : | |
| MOVANT | : | |
| | : | |
| V. | : | |
| | : | |
| WILLIAM BRONSON | : | |
| RESPONDENT | : | RELATED TO DOCKET NO. 28 and 99 |

### WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The Commonwealth of Pennsylvania, Department of Revenue withdraws its Objection to Debtor's Chapter 13 Plan as the matters objected to have been resolved.

Respectfully submitted:

/s/ Albert James Millar

DATED: November 14, 2018    By: _____
Albert James Millar
Counsel
PA Department of Revenue
Office of Chief Counsel
Dept. 281061
Harrisburg, PA 17128-1061
Attorney I.D.  62053
(717) 346-4649
Facsimile (717) 772-1459
jmillar@pa.gov

SO ORDERED

November 16, 2018

*[signature]*
ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Bronson  
     Debtor

Case No. 17-22660-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Nov 16, 2018  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.  
db            +William Bronson,    156 Hawksworth Road,    Greensburg, PA 15601-1530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2018 at the address(es) listed below:  
        Albert James Millar    on behalf of Creditor    PA Dept of Revenue jmillar@pa.gov  
        Brian C. Thompson    on behalf of Debtor William Bronson bthompson@ThompsonAttorney.com,  
        blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES as servicer for Wilmington Trust, National Association, not in its individual capacity but solely as trustee for VM Trust Series 2 bkgroup@kmllawgroup.com  
        Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
        Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                   TOTAL: 9