**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| WILLIAM BRONSON | Case No.:17-22660 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/29/2017  and confirmed on 10/31/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 18,194.70 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,194.70 |

| Administrative Fees | | |
|---|---|---|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,427.19 | |
| Trustee Fee | 792.75 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,219.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4686 | 0.00 | 13,664.76 | 0.00 | 13,664.76 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4686 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 4686 | 55,845.74 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 1593 | 5,717.93 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 1593 | 4,901.00 | 0.00 | 0.00 | 0.00 |
| | | | | 13,664.76 |
| Priority | | | | |
| BRIAN C THOMPSON ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM BRONSON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 3,500.00 | 0.00 | 0.00 | 0.00 |

| 17-22660 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| THOMPSON LAW GROUP PC | 3,500.00 | 3,427.19 | 0.00 | 0.00 |
| Acct: | | | | |
| GREENSBURG SALEM SD & CITY OF GRE | 260.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1593 | | | | |
| INTERNAL REVENUE SERVICE* | 40,023.90 | 0.00 | 0.00 | 0.00 |
| Acct: 1593 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-TPA | | | | |
| | | | | 310.00 |

**Unsecured**

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,055.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0336 | | | | |
| CELTIC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7004 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,274.10 | 0.00 | 0.00 | 0.00 |
| Acct: 6804 | | | | |
| INTERNAL REVENUE SERVICE* | 14,327.97 | 0.00 | 0.00 | 0.00 |
| Acct: 1593 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9619 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                              13,974.76

TOTAL CLAIMED
PRIORITY                  40,593.90
SECURED                   66,464.67
UNSECURED                 19.658.06

Date: 03/07/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com